W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant RANDY JEROME WILLIAMS, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RANDY JEROME WILLIAMS, JR. et al.<br>Defendants. | No. 1:25-cr-00219 KES EPG<br>**STIPULATION AND ORDER TO ADD CONDITIONS OF PRETRIAL RELEASE**<br>Date:<br>Time:<br>Place: |

With the concurrence of the United States Pretrial Services office, by Frank Guerrero, the parties hereby stipulate to add the following conditions of release to Defendant Randy Williams' out of custody supervised pre-trial release:

1. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

///

///

All other previously ordered conditions of release not in conflict with this order shall remain in full force and effect.

Dated: September 10, 2026

Respectfully submitted,

/s/ W. Scott Quinlan
W. Scott Quinlan, Attorney for Defendant
RANDY JEROME WILLIMAS, JR.

Dated: September 10, 2026

Respectfully submitted,

/s/ Frank Guerrero
Frank Guerrero, U.S. Pretrial Services
Eastern District of California

Respectfully submitted,

Dated: September 10, 2026

/s/ Calvin Lee
Calvin Lee, Assistant United States Attorney
Eastern District of California

**ORDER**

**IT IS SO ORDERED**.

Defendant Randy Jerome Williams will participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, or individual specialized treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

///

All other previously ordered conditions of release not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **September 29, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE